**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 14-1138**

─────────────

MONICA C. THOMAS,

             Plaintiff - Appellant,

    v.

SUNTRUST MORTGAGE, INC.,

             Defendant - Appellee.

─────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.   Claude M. Hilton, Senior District Judge.   (1:13-cv-00428-CMH-TRJ)

─────────────

Submitted:  June 30, 2014               Decided:  July 2, 2014

─────────────

Before MOTZ, KING, and AGEE, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Monica C. Thomas, Appellant Pro Se.   Michael John Lorenger, LORENGER & CARNELL PLC, Alexandria, Virginia, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Monica C. Thomas appeals the district court's order granting summary judgment to SunTrust Mortgage, Inc. on her employment discrimination and intentional infliction of emotional distress claims. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Thomas v. SunTrust Mortg., Inc., No. 1:13-cv-00428-CMH-TRJ (E.D. Va. Jan. 15, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED